

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Norma Salado, Jesus Martinez, Bertha Pedregon, Elsina Avalos, Naty Rubalcava, Ramon Tirres, Ofelis Maltos, Rosa Serna, Luz Elena Abasta, Heriberto Abasta, Porfirio Rojas, Josefina Salazar, Parishioners of San Jose Catholic Church,<br><br>Appellants,<br><br>v.<br><br>Roman Catholic Diocese of El Paso, Mark J. Seitz, Bishop of the Roman Catholic Diocese of El Paso,<br><br>Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 08-22-00204-CV<br><br>Appeal from the<br><br>243rd District Court<br><br>of El Paso County, Texas<br><br>(TC# 2020DCV0453) |

**O R D E R**

Pending before the Court is the Joint motion to extend time to mediate. The motion is GRANTED. Therefore, the Court suspends the appellate timetable and extends the deadline to complete mediation until February 22, 2023. Upon completion of mediation, the parties are directed to comply with the instructions set forth in our order of November 28, 2022.

IT IS SO ORDERED this 10th day of February, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.